FILED
6/1/22 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No: 22-10228-TPA |
| | : | |
| Brian Charles Smith, | : | Chapter 7 |
|       Debtor, | : | |
| _____ | : | Related to Docket No.: 8 |
| Brian Charles Smith, | : | |
|       Movant, | : | |
| | : | |
|     vs. | : | |
| | : | |
| No Respondent, | : | |
| | : | |
|    and | : | |
| | : | |
| Joseph B. Spero, Esquire, | : | |
|       Chapter 7 Trustee. | : | |

**ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF**
**CHAPTER 7 PETITION, SCHEDULES AND PROOF OF INCOME**

    **AND NOW** on this ___1st___ day of ___June___, 2021, upon consideration of Debtor's Motion to Extend Deadline Regarding Completion of the Filing of Chapter 7 Petition, Schedules and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtor shall have until **June 15, 2022**, [14 days later] to file her Chapter 7 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required.  No further extensions will be granted.

BY THE COURT,

_____
Thomas P. Agresti, Judge**nms**
United States Bankruptcy Court

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                      Case No. 22-10228-TPA

Brian Charles Smith                                                                            Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+                     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                      regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

**Recip ID**                   **Recipient Name and Address**
db                     +   Brian Charles Smith, 1737 High Street, Erie, PA 16509-1965

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022                              Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:**

**Name**                          **Email Address**

Brian Nicholas
                              on behalf of Creditor FLAGSTAR BANK  FSB bnicholas@kmllawgroup.com

Daniel P. Foster
                              on behalf of Debtor Brian Charles Smith dan@mrdebtbuster.com
                              katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Joseph B. Spero
                              sperolaw@neohio.twcbc.com  jspero@ecf.axosfs.com;legalmom18@hotmail.com

Office of the United States Trustee
                              ustpregion03.pi.ecf@usdoj.gov

TOTAL: 4