IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10228-TPA |
| | : | |
| Brian Charles Smith, | : | CHAPTER 7 |
| Debtor | : | |
| | : | |

**PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)**

DATES OF ENCLOSED PAYMENT ADVICES:

March 25, 2022

April 8, 2022

April 22, 2022

May 6, 2022

Next Payment Advice Expected (post-filing):

May 20, 2022

K.D.

SMITH, BRIAN

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 22-10228-TPA |
| | : | |
| **Brian Charles Smith,** | : | CHAPTER 7 |
| Debtor | : | |
| | : | |

**VERIFICATION REGARDING PROOF OF INCOME**

I, Brian Charles Smith, hereby state as follows:

1.) I am employed by Dr. Gertrude A. Barber Center, Inc., where I bring home an average of $2,217.47 per month.
2.) I live with my wife who brings home an average of $1470.09 per month.
3.) I was required to file 2020 – 2021 tax returns; therefore, I have submitted the same to the Trustee.
4.) I have submitted to the Trustee proof of income from all sources I have in my possession.

 I declare under penalty of perjury that I have read the foregoing Statement, and it is true and correct to the best of my knowledge, information, and belief.

Date: <u>June 14, 2022</u>                <u>/s/ Brian Charles Smith</u>
                                      Debtor

K.D.                           **SMITH, BRIAN**

| Dr. Gertrude A. Barber Center, Inc. | Advice No | 886403337 |
|---|---|---|
| 100 Barber Place | | |
| Erie, PA 16507 | Date | Amount |
| | 3/25/2022 | 1,198.20 |

### One Thousand One Hundred Ninety Eight AND 20/100 DOLLARS

Pay

| | | Bank Routing No | Bank Account No | Payment Amount |
|---|---|---|---|---|
| TO THE ORDER OF | Brian C. Smith<br>1737 High Street<br>Erie, PA 16509 | XXXXX0927 | XXXXX2443 | 1,198.20 |

### Direct Deposit Only
### Non-Negotiable

| Dr. Gertrude A. Barber Center, Inc. | 100 Barber Place | Erie, PA 16507 | | Phone: -10001 |
|---|---|---|---|---|
| Brian C. Smith (004930) | SvcIDSED<br>SvcServiceLine | 3/6/2022-3/19/2022<br>PAY PERIOD | 3/25/2022<br>PAY DATE | 886403337<br>ADVICE NO |

| EARNINGS | HRS/UNITS | PAY RATE | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Holiday | | | | 268.66 | Erie City Loc | 25.78 | 134.32 |
| Overtime | 10.00 | 26.87 | 268.65 | 510.43 | Erie City LST | 2.00 | 12.00 |
| Regular | 10.00 | 17.22 | 172.20 | | Fed Tax | 159.52 | 809.02 |
| Regular | 70.00 | 17.91 | 1,253.70 | 7,281.04 | Med Tax | 22.65 | 118.04 |
| Sick | | | | 134.33 | PA St Tax | 47.97 | 249.93 |
| Vacation | | | | 738.81 | PAUI | 1.02 | 5.37 |
| | | | | | Soc Tax | 96.88 | 504.74 |
| | | | | | Dental Insurance | 2.99 | 17.94 |
| | | | | | Employee Service Fund | 8.47 | 44.66 |
| | | | | | Health Insurance | 127.94 | 767.64 |
| | | | | | Vision Insurance | 1.13 | 6.78 |
| 17.91 | 1,694.55 | | 496.35 | 1,198.20 | 8,933.27 | 2,670.44 | 6,262.83 |
| PAY RATE | CURRENT EARNINGS | | CURRENT DED | NET PAY | YTD EARNINGS | YTD DED | YTD NET PAY |

Dr. Gertrude A. Barber Center, Inc.
100 Barber Place
Erie, PA 16507

Advice No: 886405034
Date: 4/8/2022
Amount: 953.09

Pay

**Nine Hundred Fifty Three AND 09/100 DOLLARS**

TO THE ORDER OF

Brian C. Smith
1737 High Street
Erie, PA 16509

Bank Routing No: XXXXX0927
Bank Account No: XXXXX2443
Payment Amount: 953.09

**Direct Deposit Only**
**Non-Negotiable**

Dr. Gertrude A. Barber Center, Inc.   100 Barber Place   Erie, PA 16507   Phone: -10001

Brian C. Smith (004930)   SvcIDSED / SvcServiceLine   3/20/2022-4/2/2022 PAY PERIOD   4/8/2022 PAY DATE   886405034 ADVICE NO

| EARNINGS | HRS/UNITS | PAY RATE | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Holiday | | | | 268.66 | Erie City Loc | 20.39 | 154.71 |
| Overtime | | | | 510.43 | Erie City LST | 2.00 | 14.00 |
| Regular | 9.50 | 17.22 | 163.59 | | Fed Tax | 120.34 | 929.36 |
| Regular | 63.50 | 17.91 | 1,137.28 | 8,581.91 | Med Tax | 17.92 | 135.96 |
| Sick | | | | 134.33 | PA St Tax | 37.94 | 287.87 |
| Vacation | 3.75 | 17.91 | 67.16 | 805.97 | PAUI | 0.82 | 6.19 |
| | | | | | Soc Tax | 76.63 | 581.37 |
| | | | | | Dental Insurance | 2.99 | 20.93 |
| | | | | | Employee Service Fund | 6.84 | 51.50 |
| | | | | | Health Insurance | 127.94 | 895.58 |
| | | | | | Vision Insurance | 1.13 | 7.91 |
| 17.91 | 1,368.03 | 414.94 | 953.09 | 10,301.30 | | 3,085.38 | 7,215.92 |
| PAY RATE | CURRENT EARNINGS | CURRENT DED | NET PAY | YTD EARNINGS | | YTD DED | YTD NET PAY |

| Dr. Gertrude A. Barber Center, Inc. | | Advice No | 886406142 |
|---|---|---|---|
| 100 Barber Place | | | |
| Erie, PA 16507 | | Date | Amount |
| | | 4/22/2022 | 964.47 |

**Nine Hundred Sixty Four AND 47/100 DOLLARS**

| Pay | | Bank Routing No | Bank Account No | Payment Amount |
|---|---|---|---|---|
| TO THE ORDER OF | Brian C. Smith<br>1737 High Street<br>Erie, PA 16509 | XXXXX0927 | XXXXX2443 | 964.47 |

**Direct Deposit Only**
**Non-Negotiable**

| Dr. Gertrude A. Barber Center, Inc. | 100 Barber Place | Erie, PA 16507 | Phone: -10001 |
|---|---|---|---|
| Brian C. Smith (004930) | SvcIDSED<br>SvcServiceLine | 4/3/2022-4/16/2022<br>PAY PERIOD | 4/22/2022<br>PAY DATE | 886406142<br>ADVICE NO |

| EARNINGS | HRS/UNITS | PAY RATE | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Holiday | | | | 268.66 | Erie City Loc | 20.64 | 175.35 |
| Overtime | | | | 510.43 | Erie City LST | 2.00 | 16.00 |
| Regular | 7.00 | 17.22 | 120.54 | | Fed Tax | 122.16 | 1,051.52 |
| Regular | 48.00 | 17.91 | 859.68 | 9,562.13 | Med Tax | 18.15 | 154.11 |
| Sick | | | | 134.33 | PA St Tax | 38.41 | 326.28 |
| Vacation | 22.50 | 17.91 | 402.99 | 1,208.96 | PAUI | 0.83 | 7.02 |
| | | | | | Soc Tax | 77.57 | 658.94 |
| | | | | | Dental Insurance | 2.99 | 23.92 |
| | | | | | Employee Service Fund | 6.92 | 58.42 |
| | | | | | Health Insurance | 127.94 | 1,023.52 |
| | | | | | Vision Insurance | 1.13 | 9.04 |
| 17.91 | 1,383.21 | | 418.74 | 964.47 | 11,684.51 | 3,504.12 | 8,180.39 |
| PAY RATE | CURRENT EARNINGS | | CURRENT DED | NET PAY | YTD EARNINGS | YTD DED | YTD NET PAY |

| Dr. Gertrude A. Barber Center, Inc.<br>100 Barber Place<br>Erie, PA 16507 | | Advice No | 886407537 |
|---|---|---|---|
| | | Date<br>5/6/2022 | Amount<br>978.04 |

### Nine Hundred Seventy Eight AND 04/100 DOLLARS

Pay

| TO THE ORDER OF | Brian C. Smith<br>1737 High Street<br>Erie, PA 16509 | Bank Routing No<br>XXXXX0927 | Bank Account No<br>XXXXX2443 | Payment Amount<br>978.04 |
|---|---|---|---|---|

### Direct Deposit Only
### Non-Negotiable

| Dr. Gertrude A. Barber Center, Inc. | 100 Barber Place | Erie, PA 16507 | | Phone: -10001 |
|---|---|---|---|---|
| Brian C. Smith (004930) | SvcIDSED<br>SvcServiceLine | 4/17/2022-4/30/2022<br>PAY PERIOD | 5/6/2022<br>PAY DATE | 886407537<br>ADVICE NO |

| EARNINGS | HRS/UNITS | PAY RATE | CURRENT AMT | YEAR TO DATE | DEDUCTIONS | CURRENT AMT | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| Holiday | | | | 268.66 | Erie City Loc | 20.94 | 196.29 |
| Overtime | 0.25 | 26.87 | 6.71 | 517.14 | Erie City LST | 2.00 | 18.00 |
| Regular | 10.00 | 17.22 | 172.20 | | Fed Tax | 124.32 | 1,175.84 |
| Regular | 68.25 | 17.91 | 1,222.35 | 10,956.68 | Med Tax | 18.40 | 172.51 |
| Sick | | | | 134.33 | PA St Tax | 38.96 | 365.24 |
| Vacation | | | | 1,208.96 | PAUI | 0.84 | 7.86 |
| | | | | | Soc Tax | 78.69 | 737.63 |
| | | | | | Dental Insurance | 2.99 | 26.91 |
| | | | | | Employee Service Fund | 7.01 | 65.43 |
| | | | | | Health Insurance | 127.94 | 1,151.46 |
| | | | | | Vision Insurance | 1.13 | 10.17 |
| 17.91<br>PAY RATE | 1,401.26<br>CURRENT EARNINGS | | 423.22<br>CURRENT DED | 978.04<br>NET PAY | 13,085.77<br>YTD EARNINGS | 3,927.34<br>YTD DED | 9,158.43<br>YTD NET PAY |