**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 22-10228-TPA |
| | : | |
| **Brian Charles Smith,** | : | CHAPTER 7 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 18 |
| **Brian Charles Smith,** | : | |
| Movant, | : | HEARING DATE AND TIME: |
| | : | September 8, 2022 at 10:30AM |
| vs. | : | |
| | : | |
| **Discover Bank,** | : | |
| | : | |
| And | : | |
| | : | |
| **Joseph B. Spero, Esquire,** | : | |
| Chapter 7 Trustee, | : | |
| Respondents. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON DEBTOR'S MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movant seeks an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant's response to the motion no later than **August 11, 2022**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A Zoom Video Conference Hearing will be held on **September 8, 2022 at 10:30AM.** before Judge Thomas P. Agresti via the Zoom Video Conference Application ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled **Zoom Hearing time: https://www.zoomgov.com/j/16021303488**, or alternatively, you may use the following: **Meeting ID: 160 2130 348**8. For questions regarding the connection, contact Judge Agresti's Staff Lawyer or Deputy-in Charge, at 814-464-9760. All attorneys and Parties may only appear by Zoom and must comply with Judge Agresti's Updated Notice of Temporary Modification of Appearance Procedures, dated and effective November 22, 2021, and continued until further order, which can be found on the Court's

website at https://www.pawb.uscourts.gov/content/judge-thomas-p-agresti. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises members of the general public should immediately contact Chambers to make telephonic arrangements.

     Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.
     be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date: <u>July 25, 2022</u>

    Respectfully submitted,
    */s/ Daniel P. Foster, Esquire*
    Daniel P. Foster
    PA I.D. # 92376
    Foster Law Offices
    1210 Park Avenue
    Meadville, PA 16335
    Phone: 814.724.1165
    Fax: 814.724.1158
    Email:dan@mrdebtbuster.com
    Attorney for Debtors

**CERTIFICATE OF SERVICE**

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the NOTICE OF HEARING ALONG WITH DEBTOR'S MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR, by Certified Mail, U.S. Postage Paid on the parties below*.

Executed on: July 25, 2022

By: /s/ Kristen N. Dennis
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Brian Charles Smith
1737 High Street
Erie, PA 16509

Weltman, Weinberg & Reis Co.
C/O William Molczan
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219

Discover Bank
Po Box 3025
New Albany, OH 43054

Joseph Spero
sperolaw@neohio.twcbc.com

Office of the US Trustee
ustpregion03.pi.ecf@usdoj.gov