## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 22-10228-TPA |
| | : | |
| **Brian Charles Smith,** | : | CHAPTER 7 |
| Debtor, | : | |
| _____ | : | DOCKET NO.: 20 |
| **Brian Charles Smith,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Discover Bank,** | : | |
| | : | |
| And | : | |
| | : | |
| **Joseph B. Spero, Esquire,** | : | |
| Chapter 7 Trustee, | : | |
| Respondents. | : | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION TO AVOID

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the MOTION TO AVOID DISCOVER BANK, filed on February 9, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motions appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than August 11, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: August 12, 2022

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
1210 Park Avenue
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the CERTIFICATE OF NO OBJECTION, by Certified Mail, U.S. Postage Paid on the parties below*.

Executed on: August 12, 2022

*By: /s/ Kristen N. Dennis*
Kristen N. Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Brian Charles Smith
1737 High Street
Erie, PA 16509

Weltman, Weinberg & Reis Co.
C/O William Molczan
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219

Discover Bank
Po Box 3025
New Albany, OH 43054

Joseph Spero
sperolaw@neohio.twcbc.com

Office of the US Trustee
ustpregion03.pi.ecf@usdoj.gov