# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | BANKRUPTCY CASE NO. 22-10228-TPA |
| | : | |
| **Brian Charles Smith,** | : | CHAPTER 7 |
| Debtor, | : | |
| _____ | : | RELATED TO DOCKET NO.: 21 |
| **Brian Charles Smith,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Discover Bank,** | : | |
| | : | |
| And | : | |
| | : | |
| **Joseph B. Spero, Esquire,** | : | |
| Chapter 7 Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

    I, the undersigned Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ORDER ON MOTION TO AVOID AND CANCEL A JUDGMENT LIEN ON REAL ESTATE WHICH IMPAIRS EXEMPTIONS OF THE DEBTOR, by Certified Mail, U.S. Postage Paid on the parties below*.

Executed on: August 16, 2022

By: */s/ Kristen N. Dennis*
Kristen Dennis, PARALEGAL
FOSTER LAW OFFICES
1210 Park Avenue
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

MATRIX

Brian Charles Smith
1737 High Street
Erie, PA 16509

Weltman, Weinberg & Reis Co.
C/O William Molczan
436 Seventh Avenue, Suite 2500
Pittsburgh, PA 15219

Discover Bank
Po Box 3025
New Albany, OH 43054

Joseph Spero
sperolaw@neohio.twcbc.com

Office of the US Trustee
ustpregion03.pi.ecf@usdoj.gov