Certificate Number: 03088-PAW-DE-036793933

Bankruptcy Case Number: 22-10228



03088-PAW-DE-036793933

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 29, 2022, at 7:23 o'clock PM CDT, Brian C Smith completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   August 29, 2022          By:    /s/Doug Tonne

                                 Name:  Doug Tonne

                                 Title: Counselor