# Notice Recipients

District/Off: 0315−1         User: admin              Date Created: 10/12/2022
Case: 22−10228−GLT           Form ID: 129             Total: 5

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee      ustpregion03.pi.ecf@usdoj.gov
tr          Joseph B. Spero         sperolaw@neohio.twcbc.com
aty         Daniel P. Foster        dan@mrdebtbuster.com
aty         Joseph B. Spero         sperolaw@neohio.twcbc.com
                                                                    TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Brian Charles Smith     1737 High Street        Erie, PA 16509
                                                                    TOTAL: 1